| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:98CR21-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 8:09CR 482-T/17AEf |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Mykle Showers Williams | DISTRICT Florida Northern | DIVISION Gainesville |
|---|---|---|
| | NAME OF SENTENCING JUDGE Maurice M. Paul, Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6/05/2009 — TO 6/04/2012 |

OFFENSE

Bank Robbery

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*September 30, 2009*
*Date*

*Maurice M. Paul*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*November 16th, 2009*
*Effective Date*

*United States District Judge*

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**

Rec'd 01 19'10 UsDcFln1PM 0331

KM